UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Attorney(s) for Plaintiff(s): Hofmann & Associates
Address: 360 West 31st Street, Suite 1506, New York, NY 10001-2727

---

## AFFIDAVIT OF SERVICE

**WILLIAM DAVID TASKY,**
        Plaintiff(s) / Petitioner(s)

VS.
                                              Case No.: 07 CV 6949
                                              Filed On: Aug. 2, 2007

**MORAN TOWING CORPORATION, INC.,**
        Defendant(s) / Respondent(s)

---

STATE OF CONNECTICUT:
COUNTY OF FAIRFIELD:   S.S.

**ERIC RUBIN** BEING DULY SWORN DEPOSES AND SAYS: That deponent is not a party to this action, is over the age of 18 years and resides in the State of Connecticut.

That on **9/12/07** at **1:30 PM** at **50 LOCUST AVENUE, NEW CANAAN, CT 06840**, deponent made due service of the within **SUMMONS IN A CIVIL CASE AND COMPLAINT CIVIL AND ADMIRALTY IN PERSONAM** on **MORAN TOWING CORPORATION, INC.**, defendant therein named. The case number and the filing date of the action were endorsed upon the face of the papers so served herein.

( ) **INDIVIDUAL:** By delivering a true copy of each to said recipient personally; deponent knew or had reason to believe the person to be the individual described within.

(X) **CORPORATION:** By delivering thereat a true copy of each to **KATHY SOLOMON** at the above address and that deponent knew the person so served to be the **DIRECTOR OF HUMAN RESOURCES** of the corporation and said person stated that they were authorized to accept on behalf of the corporation.

( ) **SUITABLE AGE PERSON:** By delivering thereat a true copy of each to _____, a person of suitable age and discretion. Said premises is defendant's __actual place of business__ dwelling house (usual place of abode) within the state.

( ) **MAILING:** Deponent also enclosed a true copy of each in a first class postpaid sealed envelope properly addressed to the defendant at defendant's last known residence at _____
on _____ and deposited said envelope in an official depository under exclusive care and custody of the United States Postal Service within the state where service was effected. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, by return address or otherwise, that the communication concerned an action against the defendant.

**DESCRIPTION:** Deponent describes the individual served as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | OTHER |
|---|---|---|---|---|---|---|
| Female | White | Brown | 36-50 | 5'4"-5'6" | 100-130 lbs | |

Attest,

_[signature]_
Eric Rubin, Private Process Server

Sworn to before me on 9/13/07

_[signature]_

Ksenia V. Rubin
NOTARY PUBLIC
State of Connecticut
My Commission Expires 12/31/07