Jethro M. Eisenstein (JE 6848)
PROFETA & EISENSTEIN
14 Wall Street
22nd Floor
New York, New York 10005-2101
Tel: (212) 577-6500
Fax: (212) 577-6702

*Attorneys for Defendants*

UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

| | |
|---|---|
| WILLIAM DAVID TASKY, | Index No.: |
| | 07 CV 6949 (GEL) |
| Plaintiff, | |
| | RULE 7.1 STATEMENT |
| -against- | |
| MORAN TOWING CORPORATION, INC., | |
| Defendant. | |

---------------------------------

Pursuant to Rule 7.1, FRCP, the undersigned attorney for defendant Moran Towing Corporation ("Moran"), states that no publicly held corporation owns 10% or more of the stock of Moran.

Dated:   New York, New York
         September 20, 2007

*[signature: Jethro M. Eisenstein]*
_____
   Jethro M. Eisenstein (JE 6848)