UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WILLIAM DAVID TASKY,

               Plaintiff,

   -against-

MORAN TOWING CORPORATION, INC.,

              Defendant.

------------------------------------------------------------x

DATE FILED: 8/1/08

07 Civ. 6949 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       August 1, 2008

                                             _____
                                             GERARD E. LYNCH
                                             United States District Judge